UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>        Plaintiff,<br><br>   vs.<br><br>FISHBACK, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-01615-REC-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 7)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF AS PREMATURE** (Doc. 5) |

    Plaintiff, Steven Vlasich ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 19, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C.

1

1  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
2  <u>de novo</u> review of this case.  Having carefully reviewed the
3  entire file, the Court finds the Findings and Recommendations to
4  be supported by the record and by proper analysis.

5     Accordingly, IT IS HEREBY ORDERED that:

6     1.   The Findings and Recommendations, filed January 19,
7  2006, are ADOPTED IN FULL; and,

8     2.   Plaintiff's motion for preliminary injunctive relief,
9  filed January 12, 2006, is DENIED as PREMATURE.

10    IT IS SO ORDERED.

11 **Dated:  March 3, 2006**              **/s/ Robert E. Coyle**
   668554                          UNITED STATES DISTRICT JUDGE

2