1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT
9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  STEVEN VLASICH,                        1:05-CV-1615-REC-LJO-P

12          Plaintiff,                     ORDER TO SUBMIT NEW
                                           APPLICATION TO PROCEED
13      vs.                                IN FORMA PAUPERIS **OR**
                                           PAY FILING FEE AND
14                                         DISREGARDING PLAINTIFF'S
    TIMOTHY FISHBACK, et al.,              MOTION FOR EXTENSION OF TIME
15                                         AS MOOT (Document #11)

16          Defendants.
    _____/
17

18          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

19  to 42 U.S.C. § 1983.  On January 24, 2006 plaintiff filed an application to proceed in forma

    pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account statement.  On
20
    February 28, 2006, Magistrate Judge Lawrence J. O'Neill  ordered  plaintiff to file his application
21
    to proceed in forma pauperis on the appropriate form, said application to be filed by March 31,
22
    2006.
23
            On March 27, 2006, plaintiff filed a Motion for Extension to file In Forma
24
    Pauperis Application, said application being due on March 31, 2006.   However,  plaintiff's
25
    Second Application for IFP, was filed March 29, 2006, prior to the deadline, but was still not
26

                                            1

1  submitted on the appropriate form pursuant to 28 U.S.C. §1915.   Plaintiff will be provided the

2  opportunity to submit a new application to proceed in forma pauperis which includes his original

3  signature, **or** pay the $250.00 filing fee.

4          Accordingly, IT IS HEREBY ORDERED that:

5             1.  The Clerk's Office shall send to plaintiff the form for application to proceed in

6  forma pauperis.

7             2.  Within thirty days of the date of service of this order, plaintiff shall submit a

8  completed application to proceed in forma pauperis which includes his original signature, or in

9  the alternative, pay the $250.00 filing fee.  Plaintiff is not required to re-submit a certified copy

10  of his prison trust account statement.  Failure to comply with this order will result in a

11  recommendation that this action be dismissed.

12             3.  Plaintiff's Motion for Extension of Time to File Application for In Forma

13  Pauperis shall be disregarded as MOOT.

14  IT IS SO ORDERED.

15  **Dated:    April 5, 2006**              **/s/ Lawrence J. O'Neill**

16  b6edp0                    UNITED STATES MAGISTRATE JUDGE