IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN VLASICH, | ) | 1:05-CV-01615-REC-LJO-P |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING APPLICATION TO |
| vs. | ) | PROCEED IN FORMA PAUPERIS |
| TIMOTHY FISHBACK, et al., | ) | (DOCUMENTS #8, #12, #14) |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se with a civil action pursuant to 42 U.S.C. § 1983. On April 26, 2006, the court ordered plaintiff to submit a new application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee. On April 19, 2006, plaintiff filed an application to proceed in forma pauperis. Plaintiff has made a showing as required by 28 U.S.C. § 1915, and therefore, the application shall be granted. 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $250.00 for this action.[1] Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus was $250.00 at the time plaintiff filed his complaint. See 28 U.S.C. § 1914(a).

1  the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds
2  $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
3       In accordance with the above, IT IS HEREBY ORDERED that:
4            1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
5            2.  Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.  The fee
6  shall be collected and paid in accordance with this court's order to the Director of the California
7  Department of Corrections filed concurrently herewith.

9  IT IS SO ORDERED.
10 **Dated:    May 18, 2006**                              **/s/ Lawrence J. O'Neill**
   b6edp0                                                UNITED STATES MAGISTRATE JUDGE