# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>          Plaintiff,<br><br>   v.<br><br>DR. TIMOTHY FISHBACK, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:05-cv-01615-LJO-NEW (DLB) PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

      Plaintiff Steven Vlasich ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on December 20, 2005.  The court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and founds that it states a cognizable claim for relief under section 1983 against defendants Fishback, Juarez, and Villa for acting with deliberate indifference to plaintiff's serious medical needs, in violation of the Eighth Amendment.[1]  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).  Accordingly, it is HEREBY ORDERED that:

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's Eighth Amendment claim against CDCR, and due process, ADA, RA, and state law tort claims be dismissed for failure to state a claim upon which relief may be granted; and defendant CDCR be dismissed for failure to state a claim upon which relief may be granted against it.

1.  Service is appropriate for the following defendants:

    DR. TIMOTHY FISHBACK

    DR. JESUS JUAREZ

    DR. SIMON VILLA

2.  The Clerk of the Court shall send plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed December 20, 2005.

3.  Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a.  Completed summons;

    b.  One completed USM-285 form for each defendant listed above; and

    c.  Four (4) copies of the endorsed complaint filed December 20, 2005.

4.  Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.  <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   August 31, 2007**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

2