IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DR. TIMOTHY FISHBACK, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:05-cv-01615-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS & RECOMMENDATIONS (Doc. 23)<br><br>ORDER FOR THIS ACTION TO PROCEED AGAINST DEFENDANTS FISHBACK, JUAREZ, AND VILLA FOR VIOLATION OF THE EIGHTH AMENDMENT, AND DISMISSING OTHER CLAIMS AND DEFENDANT CDCR |

　　　　Steven Vlasich ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On September 5, 2007, findings and recommendations were entered, recommending that this action proceed against defendants Fishback, Juarez, and Villa for violation of the Eighth Amendment, and recommending dismissal of other claims and defendant CDCR. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 5, 2007, are adopted in full;

2. This action now proceeds on plaintiff's complaint, filed December 20, 2005, against defendants Fishback, Juarez, and Villa on plaintiff's Eighth Amendment medical care claim;

3. Plaintiff's Eighth Amendment claim against CDCR, and due process, ADA, RA, and state law tort claims are dismissed for failure to state a claim upon which relief may be granted; and

4. Defendant CDCR. is dismissed for failure to state a claim upon which relief may be granted against it.

IT IS SO ORDERED.

**Dated:   November 4, 2007**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2