IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVEN VLASICH,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**DR. TIMOTHY FISHBACK, et al.,**<br><br>　　　　　　　　　　Defendants. | 1:05-cv-01615 LJO-GSA (PC)<br><br>**ORDER GRANTING DEFENDANT VILLA'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>New Deadline: <u>12/24/2007</u><br><br>(Document #30) |

　　　Plaintiff is a prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  On November 19, 2007, defendant Villa filed a request for an extension of time to file a response to the complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the request is granted, and defendant Villa's response to plaintiff's complaint is due on or before **December 24, 2007**.

　　　IT IS SO ORDERED.

　　Dated:   **November 27, 2007**　　　　　　　　／s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1