IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH, | 1:05-cv-01615-LJO-GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITION |
| vs. | TO MOTION TO DISMISS |
| TIMOTHY FISHBACK, et al., | (DOCUMENT #36) |
| Defendants. | THIRTY DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 2, 2008, plaintiff filed a motion to extend time to file an opposition to defendants' Motion to Dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an opposition to the Motion to Dismiss filed by defendants on December 21, 2007.

IT IS SO ORDERED.

Dated:   **January 18, 2008**          **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE