IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVEN VLASICH,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. TIMOTHY FISHBACK, et al.,**<br><br>Defendants. | 1:05-cv-01615 LJO-GSA-(PC)<br><br>**ORDER GRANTING DEFENDANT FISHBACK'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(Doc. 40) |

Good cause appearing, Defendant Fishback is granted a sixty-day extension of time to respond to Plaintiff's Complaint. Defendant's response to Plaintiff's complaint shall be due on or before April 24, 2008.

IT IS SO ORDERED.

Dated:   **February 28, 2008**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1