IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH, | 1:05-cv-01615-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS IN FULL |
| vs. | (Doc. 44) |
| DR. TIMOTHY FISHBACK, et al., | ORDER DENYING MOTION TO DISMISS BY DEFENDANTS JUAREZ AND VILLA |
| Defendants. | (Doc. 33.) |
| | ORDER FOR DEFENDANTS JUAREZ AND VILLA TO FILE A RESPONSE TO THE COMPLAINT |
| | ORDER REFERRING CASE BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |
| _____/ | THIRTY DAY DEADLINE |

Steven Vlasich ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 30, 2008, findings and recommendations were entered, recommending that the motion to dismiss filed by defendants Juarez and Villa on December 21, 2007 be denied. The parties were was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, no objections have been filed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 30, 2008, are adopted in full;

2. Defendants Villa's and Juarez' motion to dismiss, filed December 21, 2007, is DENIED as follows:

   a. Defendant Juarez' motion to dismiss for failure to state a claim upon which relief may be granted against him for inadequate medical care is DENIED; and

   b. Defendants Villa's and Juarez' motion to dismiss plaintiff's claims for equitable relief against them is DENIED;

3. Defendants Villa and Juarez SHALL FILE a response to plaintiff's complaint within thirty days of the date of the service of this order; and

4. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   June 9, 2008**                                   **/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE

2