IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| STEVEN VLASICH,<br><br>                    Plaintiff,<br><br>    v.<br><br>DR. TIMOTHY FISHBACK, et al.,<br><br>                    Defendants. | 1:05-cv-01615 LJO-GSA (PC)<br><br>ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY<br><br>(Document #51) |

Steven Vlasich ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 13, 2008, defendants Juarez and Villa filed a request for an extension of time to respond to plaintiff's discovery.  Good cause having been presented and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT defendants Juarez and Villa are granted an extension of time until <u>August 1, 2008</u> in which to respond to plaintiff's discovery which was received by defendants on June 2, 2008.

        IT IS SO ORDERED.

        **Dated:   June 26, 2008**                      **/s/ Gary S. Austin**
                                                                             UNITED STATES MAGISTRATE JUDGE