Ovidio Oviedo, Jr., No. 210311
LAW OFFICE OF OVIEDO TOOKOIAN, LLP
1100 W. Shaw Avenue, Suite 130
Fresno, CA 93711
Telephone: (559) 226-6200
Facsimile: (559) 222-3345

Attorneys for: DR. TIMOTHY FISHBACK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. TIMOTHY FISHBACK<br><br>        Defendant. | CASE NO. 1:05-cv-01615-LJO-GSA (PC)<br><br>**ORDER FOR SUBSTITUTION OF ATTORNEY AND CHANGE OF DESIGNATION OF COUNSEL FOR SERVICE** |

Defendant advises Plaintiff and the Court that his attorney designated for service and attorney of record has changed. The attorney formerly designated for service and attorney of record was as follows:

> Jaime M. Ganson, State Bar No. 230206
> Deputy Attorney General
> 1300 I Street, Suite 125
> P.O. Box 944255
> Sacramento, CA 94244-2550
> Telephone: (916) 324-6421
> Fax: (916) 324-5205
> Email: Jaime.Ganson@doj.ca.gov

The attorney now designated for service and attorney of record is as follows:

LAW OFFICE OF
OVIEDO TOOKOIAN, LLP
1100 W. Shaw Ave., Ste. 130
Fresno, CA 93711

CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE
AND SUBSTITUTION OF ATTORNEY

```
Ovidio Oviedo, Jr., State Bar No. 210311
Oviedo Tookoian, LLP
1100 W. Shaw, Suite 130
Fresno, CA 93711
Telephone: (559) 226-6200
Fax: (559) 222-3345
```

The undersigned respectfully requests that the Court substitute Ovidio Oviedo, Jr., as attorney of record for defendant Dr. Timothy Fishback.

I, Dr. Timothy Fishback, consent to this substitution.

Dated: May 14, 2008                            By: /s/ Dr. Timothy Fishback
                                                   Dr. Timothy Fishback

I accept this substitution.

Dated: May 14, 2008                            By: /s/ Ovidio Oviedo, Jr.
                                                   Ovidio Oviedo, Jr.


Dated: May14, 2008                             By: /s/ Jaime M. Ganson

Jaime M. Ganson


   IT IS SO ORDERED.

   **Dated:   July 14, 2008**                  /s/ **Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE