IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVEN VLASICH,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**DR. TIMOTHY FISHBACK, et al.,**<br><br>                              Defendants. | 1:05-cv-01615 LJO-GSA (PC)<br><br>**ORDER GRANTING DEFENDANT FISHBACK'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY**<br>(Doc. 57.) |

Steven Vlasich ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 9, 2008, defendant Fishback filed a request for an extension of time until August 25, 2008, to respond to the discovery propounded by plaintiff on or about May 14, 2008 and May 26, 2008. (Doc. 57.) Good cause appearing, IT IS HEREBY ORDERED that defendant Fishback's request is granted, and the due date for defendant's responses is August 25, 2008.

IT IS SO ORDERED.

Dated:   **September 30, 2008**                    **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE