IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVEN VLASICH,** | 1:05-cv-01615 LJO-GSA |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS JUAREZ AND VILLA TO RESPOND TO PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS** |
| v. | |
| **DR. TIMOTHY FISHBACK, et al.,** | |
| Defendants. | (Doc. 71.) |

Plaintiff, Steven Vlasich ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint on December 20, 2005.  (Doc. 1.)  On May 5, 2008, the Court issued a Discovery/Scheduling Order opening discovery in this action.  (Doc. 45.)  On November 12, 2008, defendants Juarez and Villa filed a request for an extension of time to respond to Plaintiff's second request for admissions.  (Doc. 71.)

Good cause appearing, **IT IS HEREBY ORDERED that** Defendants Juarez and Villa are granted an extension of time, up to and including January 7, 2009, to complete and serve their response to Plaintiff's second request for admissions.

IT IS SO ORDERED.

Dated:  **November 13, 2008**          **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE