IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| STEVEN VLASICH,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. TIMOTHY FISHBACK, et al.,<br><br>          Defendants. | 1:05-cv-01615 LJO GSA (PC)<br><br>ORDER GRANTING DEFENDANT TIMOTHY FISHBACK'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS<br>(Doc. 75.)<br><br>RESPONSES DUE **on or before January 6, 2009** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On December 2, 2008, defendant Timothy Fishback filed a request for an extension of time to respond to plaintiff's Second Request for Admissions. (Doc. 75.)

Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Defendant Timothy Fishback's request for an extension of time is GRANTED; and

2. Defendant Fishback's responses to plaintiff's Second Request for Admissions shall be due **on or before January 6, 2009**.

IT IS SO ORDERED.

Dated:   December 4, 2008           /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE