IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| STEVEN VLASICH,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. TIMOTHY FISHBACK, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:05-cv-01615 LJO-GSA-PC<br><br>**ORDER GRANTING DEFENDANT JUAREZ AND VILLA'S SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS**<br><br>(DOCUMENT #80) |

　　　　Steven Vlasich ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On January 7, 2009, Defendants Juarez and Villa filed a motion for an extension of time to respond to Plaintiff's Second Request for Admissions. (Doc. 80)

　　　　Good cause appearing, Defendants Juarez and Villa are granted a nine-day extension of time to respond to Plaintiff's Second Request for Admissions. Defendants Juarez and Villa's responses to Plaintiff's Second Request for Admissions shall be due <u>on or before January 16, 2009</u>.

　　IT IS SO ORDERED.

　　Dated:　**January 8, 2009**　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE