IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH, | 1:05-cv-01615-LJO-GSA (PC) |
|     Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO COMPEL |
|   vs. | |
| DR. TIMOTHY FISHBACK, et al., | (DOCUMENT #82) |
|     Defendants. | 30-DAY DEADLINE |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 26, 2009, plaintiff filed a motion to extend time to file an Opposition to Defendants' Motion to Compel Discovery Responses (Doc #79). Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to file an opposition.

    IT IS SO ORDERED.

Dated: **January 29, 2009**          **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE