IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH, | 1:05-cv-01615-LJO-GSA-PC |
| Plaintiff, | ORDER DENYING REQUEST FOR ISSUANCE OF SUBPOENAS, WITHOUT PREJUDICE |
| vs. | (Doc. 61.) |
| DR. TIMOTHY FISHBACK, et al., | ORDER FOR CLERK TO RETURN PLAINTIFF'S SUBPOENAS AND RELATED DOCUMENTS TO HIM |
| Defendants. | ORDER FOR CLERK TO SEND PLAINTIFF A COPY OF RULES 31 AND 45 OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| _____/ | |

Steven Vlasich ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 7, 2008, plaintiff submitted to the court six partially-completed subpoenas commanding six non-parties to appear at Corcoran State Prison for a deposition. Plaintiff also submitted a list of written questions for each of the deponents. Although plaintiff did not submit any request to the court with these documents, he submitted a proof of service indicating that he served a "Request for documents & subpoenas for non-party" on the court and on the law firm Lozano Smith.

1

If plaintiff wishes to depose non-parties by written questions, plaintiff is cautioned that he must comply with Rule 31 of the Federal Rule of Civil Procedure. Depositions by written questions entail more than simply mailing questions to the deponents and awaiting their written responses. If plaintiff wishes to compel attendance of non-parties at a deposition by subpoena, he must comply with Rule 45 of the Federal Rule of Civil Procedure. The court will direct the Clerk's Office to send plaintiff a copy of Rules 31 and 45. If, after reviewing the rules, plaintiff believes he is able to depose the non-parties in compliance with the rules, plaintiff shall notify the court and make a showing that he is able and willing to retain an officer to take responses and prepare the record. Fed. R. Civ. P. 31(b). At that juncture, the court will reconsider plaintiff's request to depose non-parties and will determine what course of action is needed to facilitate the deposition.

Accordingly, THE COURT HEREBY ORDERS that:

1. Plaintiff's request for issuance of subpoenas is DENIED without prejudice;
2. The Clerk is directed to return plaintiff's subpoenas and related documents to him;
3. The Clerk is directed to send plaintiff a copy of Rules 31 and 45 of the Federal Rules of Civil Procedure; and
4. Should plaintiff wish to depose non-parties with written questions, he must begin by following the instructions written in this order.

IT IS SO ORDERED.

Dated:   **March 4, 2009**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

2