IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH, | 1:05-cv-01615-LJO-GSA-PC |
| Plaintiff, | ORDER DENYING MOTION FOR LEAVE TO SERVE NON-PARTY DEPOSITION |
| vs. | (Doc. 99.) |
| DR. TIMOTHY FISHBACK, et al., | |
| Defendants. | |

Steven Vlasich ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 16, 2009, plaintiff filed a motion for leave to serve a non-party deposition, requesting the court to issue and serve a subpoena upon a non-party for the purpose of taking a deposition by written questions. (Doc. 99.) Plaintiff submitted to the court one completed subpoena and a list of fifteen written questions directed to Dr. Borba, a non-party in this action.

The court previously issued an order on March 4, 2009, advising Plaintiff that he must comply with Rules 31 and 45 of the Federal Rules of Civil Procedure if he wishes to depose a non-party by written questions. Plaintiff was informed that he must make a showing that he is able and willing to retain an officer to take responses and prepare the record. Fed. R. Civ. P. 31(b). Plaintiff

has not made such a showing.  Instead, Plaintiff refers the court to another civil action, <u>Brady v. Fishback</u> 1:06-cv-00136-ALA-P, in which plaintiff Brady was given leave to conduct a written deposition using the court as an intermediary.  In <u>Brady</u>, the court allowed Brady to submit a list of questions to the court for each witness, with appropriate copies served on defendants, and file a notice of deposition for each witness.  The court agreed to facilitate the parties' determination of allowable questions, and forward questions to the deponents, to be answered and returned to the court.  Such a procedure is not customary and will not be utilized by the court in this action.  Plaintiff has not been granted leave to follow such a procedure and must comply with Rules 31 and 45 to take a written deposition, as directed in the court's order of March 16, 2009.

In light of the foregoing, IT IS HEREBY ORDERED that plaintiff's motion for leave to serve a non-party deposition is DENIED without prejudice.

**IT IS SO ORDERED.**

**Dated:   June 1, 2009**                               **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE

2