| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN VLASICH, | | 1:05-cv-01615-LJO-GSA-PC |
| | Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| | vs. | (Doc. 157.) |
| DR. TIMOTHY FISHBACK, et al., | | ORDER GRANTING DEFENDANT FISHBACK'S MOTION FOR SUMMARY JUDGMENT |
| | Defendants. | (Docs. 124, 125.) |

Steven Vlasich, ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 31, 2010, findings and recommendations were entered, recommending that the motion for summary judgment filed on January 25, 2010 by defendant Dr. Timothy Fishback be granted. (Doc. 157.) On October 18, 2010, plaintiff filed objections to the findings and recommendations. (Doc. 162.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on August 31, 2010, are ADOPTED in full;

2. Defendant Dr. Timothy Fishback's motion for summary judgment, filed on January 25, 2010, is GRANTED;

3. Summary judgment is GRANTED in favor of defendant Dr. Timothy Fishback;

4. This action now proceeds only against defendants Dr. Jesus Juarez and Dr. Simon Villa; and

5. The Clerk of Court is directed to reflect on the court's docket the termination of defendant Fishback from this action.

IT IS SO ORDERED.

**Dated:     October 28, 2010**               /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE